IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES TURNER,

        Plaintiff,                      No. CIV S-06-0809 MCE GGH P

    vs.

TOM CAREY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 14, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 12/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
turn0809.36